ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
**KOLESAR & LEATHAM**
400 South Rampart Blvd,, Suite 400
Las Vegas, Nevada  89145
Telephone:    (702) 362-7800
Facsimile:    (702) 362-9472
E-mail:    alefebvre@klnevada.com
           mchristian@klnevada.com

RICHARD G. URQUHART
AMANDA GHAGAR
**ZELLE HOFMANN VOELBEL & MASON LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:    (214) 749-4212
Facsimile:    (214) 760-8994
E-mail:    rurquhar@zelle.com
           aghagar@zelle.com

*Attorneys for El Dorado Energy, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| EL DORADO ENERGY, LLC, a Delaware limited liability company, <br><br>Plaintiff,<br><br>vs.<br><br>LARON, INC., an Arizona corporation,<br><br>Defendant. | CASE NO. 2:12-cv-01316-GMN-PAL <br><br>**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE PARTIES AND LEAVE TO FILE AMENDED COMPLAINT** |

**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE PARTIES AND LEAVE TO FILE AMENDED COMPLAINT**

IT IS ORDERED that the Stipulation Motion to Substitute Parties shall be granted and Plaintiff is granted leave to file its First Amended Complaint.

**DATED** this 27th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge