THOMAS B. CASWELL
**ZELLE HOFMANN VOELBEL & MASON LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone:      (612) 339-2020
Facsimile:       (612) 336-9100
E-mail:            tcaswell@zelle.com

ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:      (702) 362-7800
Facsimile:       (702) 362-9472
E-mail:            alefebvre@klnevada.com

RICHARD G. URQUHART
AMANDA GHAGAR
**ZELLE HOFMANN VOELBEL & MASON LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:      (214) 749-4212
Facsimile:       (214) 760-8994
E-mail:            rurquhar@zelle.com
                       aghagar@zelle.com

*Attorneys for El Dorado Energy, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| EL DORADO ENERGY, LLC, a Delaware limited liability company, | CASE NO. 2:12-cv-01316-GMN-PAL |
| Plaintiff, | |
| vs. | **EL DORADO ENERGY, LLC'S REQUEST FOR A LIMITED EXEMPTION FROM SETTLEMENT CONFERENCE ATTENDANCE REQUIREMENTS** |
| LARON, INC., an Arizona corporation, | |
| Defendant. | |

1   Plaintiff El Dorado Energy, LLC hereby requests a limited exemption from the Settlement Conference attendance requirements set forth in this Court's Order Scheduling Settlement Conference (ECF No. 104).

The captioned matter seeks a recovery of property damage and business interruption losses arising out of a fire at El Dorado's power plant outside Boulder City, Nevada. El Dorado alleges that defendant Laron is liable for the fire and the resulting damages. A portion of El Dorado's property damage and business interruption losses were indemnified by El Dorado's own property insurance carriers (Arch Insurance Company (Europe) Ltd., Travelers Syndicate Management Ltd., Ascot Underwriting Limited, and Torus), all of which insurers are based in London (hereafter "the London Market"). As a result of the foregoing payments, the London Market became subrogated to a portion of El Dorado's claimed damages in this matter.

El Dorado will be represented at the settlement conference by its in-house counsel, as well as a company executive having complete settlement authority. Undersigned counsel who was responsible for the entirety of discovery, and will be lead trial counsel, will also be in attendance. Representatives of the London Market, however, seek to be exempted from the requirement of attendance at the settlement conference. Toward that end, the London Market has given El Dorado complete authority and discretion to settle this matter in full, as El Dorado sees fit, with the entirety of the London Market agreeing to be bound to any settlement agreed to by El Dorado.

For the reason that the absence of the London Market will not be an impediment to settlement discussions or any potential settlement, the requested relief exempting London Market representatives from attending the January 10, 2014 settlement conference is hereby sought.

1

1      DATED this 2nd day of January, 2014.

2                                                              By: *s/Thomas B. Caswell*
                                                               THOMAS B. CASWELL
3                                                              **ZELLE HOFMANN VOELBEL & MASON LLP**
                                                               500 Washington Avenue South, Suite 4000
4                                                              Minneapolis, MN  55415
5                                                              Telephone:       (612) 336-9150
                                                               Facsimile:        (612) 336-9100
6                                                              E-mail:            tcaswell@zelle.com

7                                                              RICHARD G. URQUHART
8                                                              AMANDA GHAGAR
                                                               **ZELLE HOFMANN VOELBEL & MASON LLP**
9                                                              901 Main Street, Suite 4000
                                                               Dallas, TX  75202
10                                                             Telephone:       (214) 749-4212
                                                               Facsimile:        (214) 760-8994
11                                                             E-mail:            rurquhar@zelle.com
12                                                                                  aghagar@zelle.com

13                                                             ALAN J. LEFEBVRE, ESQ.
                                                               Nevada Bar No. 000848
14                                                             **KOLESAR & LEATHAM**
                                                               400 South Rampart Boulevard, Suite 400
15                                                             Las Vegas, NV 89145
16                                                             Telephone        (702) 362-7800
                                                               Facsimile         (702) 362-9472
17                                                             E-mail:            alefebvre@klnevada.com

18                                                             ATTORNEYS FOR PLAINTIFF EL
19                                                             DORADO ENERGY, LLC

20

21

22     **IT IS SO ORDERED** this 3rd day
       of January, 2014.
23

24

25     _____
       Peggy A. Leen
26     United States Magistrate Judge

27

28

                                    2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Zelle Hofmann Voelbel & Mason LLP, and that on the 2nd day of January, 2014, I caused to be served a true and correct copy of **EL DORADO ENERGY, LLC'S REQUEST FOR EXEMPTION TO SETTLEMENT CONFERENCE ATTENDANCE REQUIREMENTS** in the following manner: (ELECTRONIC SERVICE) Pursuant to Rule 5-1 of the Local Rules of Civil Practice of the United States District Court for the district of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities. A copy of the Electronic Mail Notice List is attached hereto.

| | |
|---|---|
| Alan J. Lefebvre<br>KOLESAR & LEATHAM<br>400 South Rampart Blvd., Suite 500<br>Las Vegas, NV 89145<br>alefebvre@klnevada.com<br><br>Attorney for Plaintiff El Dorado Energy, LLC | Christopher H. Byrd<br>Maria Toto<br>FENNEMORE CRAIG JONES VARGAS<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, NV 89101<br>cbyrd@fclaw.com<br>motto@fclaw.com<br><br>Attorneys for Defendant Laron, Inc. |
| Richard G. Urquhart<br>Amanda Ghagar<br>ZELLE HOFMANN VOELBEL & MASON LLP<br>901 Main Street, Suite 4000<br>Dallas, TX 75202<br>rurquhar@zelle.com<br>aghagar@zelle.com<br><br>Attorneys for Plaintiff El Dorado Energy, LLC | Kevin Bonner<br>FENNEMORE CRAIG, P.C.<br>3003 North Central Avenue, Suite 2600<br>Phoenix, AZ 85012-3913<br>kbonner@flclaw.com<br><br>Attorneys for Defendant Laron, Inc. |
| Thomas B. Caswell<br>ZELLE HOFMANN VOELBEL & MASON LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>tcaswell@zelle.com<br><br>Attorneys for Plaintiff El Dorado Energy, LLC | Reeve J. Segal<br>DENENBERG TUFFLEY, PLLC<br>10250 Constellation Blvd., Ste. 2320<br>Los Angeles, CA 90067<br>rsegal@dt-law.com<br><br>Attorneys for Plaintiff El Dorado Energy, LLC |

*s/Kim Gannon*
An Employee of
ZELLE HOFMANN VOELBEL & MASON

395296v1